AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| ALI ABDALLA HAMZA and<br>SALIMAH ABDULLAH ABRAHEEM JIBREEL<br><br>*Plaintiff(s)*<br>v.<br>KHALIFA HIFTER<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:20-cv-01038-LMB-JFA<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KHALIFA HIFTER
5505 Seminary Road, Unit 213
Arlington, VA 22201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas M. Craig
FH+H
1751 Pinnacle Dr., Suite 1000
Tysons, VA 22031

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/8/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:20-cv-01038-LMB-JFA**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Khalifa Hifter** was received by me on *(date)* **November 30, 2020**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: **Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found) at 10092 Spartans Hollow Ct, Great Falls, VA 22066 on December 2, 2020, Per VA Code § 8.01-296 (2b.)**

**I certify that on December 2, 2020 a true copy of the Summons & Complaint were mailed by First Class Mail prepaid to the above subject at the above address in accordance with state statue.**

My fees are $ **00.00** for travel and $ **257.50** for services, for a total of $ **257.50**.

I declare under penalty of perjury that this information is true.

Date: **December 2, 2020**

*Server's signature* — Patrice Rehrig

**Patrice Rehrig • Private Process Server**
*Printed name and title*

Patriot Process Service
3900 Jermantown Rd • Suite 300
Fairfax, VA 22030
703-385-5300

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Dec 1, 2020, 9:13 pm EST at: 10092 Spartans Hollow Ct, Great Falls, VA 22066
**Knocked and/or Rang Door Bell several times. No Answer. Blue pickup in the driveway.**
**No lights on in the home that I could see.**

2) Successful Attempt: Dec 2, 2020, 8:30 am EST at Try 4th: 10092 Spartans Hollow Ct, Great Falls, VA 22066 received by Khalifa Hifter.

**Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).**