IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALI ABDALLA HAMZA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 1:20-cv-1038 (LMB/JFA) |
| KHALIFA HIFTER, | ) |
| Defendant. | ) |

### ORDER

For the reasons stated during a telephone conference held on the record with attorneys for both parties present, defendant's Motion to Dismiss [Dkt. No. 24] is GRANTED IN PART and DENIED IN PART; and it is hereby

ORDERED that Counts I-VI of plaintiff's Amended Complaint [Dkt. No. 8] be and are DISMISSED, leaving only Count VII to go forward.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 26 day of March, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge