UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALI ABDALLA HAMZA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 1:20cv1038 |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**NOTICE BY THE UNITED STATES OF AMERICA**

On October 26, 2020, in two civil actions associated with the above-captioned action – *Elzagally, et al. v. Hifter*, No. 1:19cv853 (E.D. Va.) (Dkt. No. 45) and *Al-Suyid, et al. v. Hifter*, No. 1:20cv170 (E.D. Va.) (Dkt. No. 53) – this Court invited the United States Department of State to provide its input concerning whether the actions "should proceed in this Court."  On January 4, 2021, the United States – on behalf of the State Department – filed notices in each civil action declining to file a Statement of Interest pursuant to 28 U.S.C. § 517 (Dkt. No. 46 [*Elzagally*]; Dkt. No. 54 [*Al-Suyid*]).

In a second letter dated April 5, 2021 (Dkt. No. 34), this Court once again invited the State Department to provide its input concerning whether the above-captioned action, and the *Elzagally* and *Al-Suyid* actions, "should proceed in this Court."  This Court's letter specifically noted that its renewed solicitation was made "[a]s a courtesy to the new administration," and requested a response from the State Department by May 14, 2021.

The State Department again sincerely appreciates this Court's invitation to express its views on the issues presented in these three civil actions.  But after careful deliberation, the

United States politely declines to file a Statement of Interest, pursuant to 28 U.S.C. § 517, at this time.

                                      Respectfully submitted,

                                      RAJ PAREKH
                                      ACTING UNITED STATES ATTORNEY

By:           /s/
                                      DENNIS C. BARGHAAN, JR.
                                      Acting Chief, Civil Division
                                      Assistant U.S. Attorney
                                      2100 Jamieson Avenue
                                      Alexandria, Virginia 22314
                                      Telephone: (703) 299-3891
                                      Fax:       (703) 299-3983
                                      Email:  dennis.barghaan@usdoj.gov

DATE: May 14, 2021                       ATTORNEYS FOR THE UNITED STATES OF
                                      AMERICA

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing ("NEF") to the following:

Kevin Edward Byrnes
FH&H PLLC
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia  22102
Email: Kbyrnes@fhhfirm.com

Jesse R. Binnall
Harvey & Binnall PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
Email: Jbinnall@harveybinnall.com

Date: May 14, 2021                        /s/
                                                  DENNIS C. BARGHAAN, JR.
                                                  Assistant U.S. Attorney
                                                  2100 Jamieson Avenue
                                                  Alexandria, Virginia 22314
                                                  Telephone: (703) 299-3891
                                                  Fax:            (703) 299-3983
                                                  Email:  dennis.barghaan@usdoj.gov

                                                  ATTORNEYS FOR THE UNITED STATES OF AMERICA