IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALI ABDALLA HAMZA, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) 1:20-cv-1038 (LMB/JFA) |
| KHALIFA HIFTER, | ) ) ) |
| Defendant. | ) |

ORDER

On March 26, 2021, the Court granted in part and denied in part defendant's Motion to Dismiss. [Dkt. No. 33]. On April 5, 2021, the Court entered a stay to allow the United States State Department to "communicate its views on whether these actions should proceed in this court." [Dkt. No. 34]. On May 14, 2021, the United States "decline[d] to file a Statement of Interest, pursuant to 28 U.S.C. § 517." [Dkt. No. 37]. On May 18, 2021, the Court lifted the stay in this matter. To date, defendant has not filed an answer, which is now overdue. Accordingly, it is hereby

ORDERED that defendant file an answer within 14 days of the date of this Order, or else this civil action will be in default.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6 day of July, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge