IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALI ABDALLA HAMZA, et al.,          )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )   Civil Action No. 1:20cv1038 (LMB/JFA)
                                    )
KHALIFA HIFTER,                     )
                                    )
            Defendant.              )
_____)

## ORDER

On September 24, 2021, defendant filed a motion for entry of a protective order, (Docket no. 44), a memorandum in support, and a notice of hearing for Friday, October 1, 2021 at 10:00 a.m. On September 29, 2021, plaintiffs filed their opposition to defendant's motion for a protective order. (Docket no. 49). On September 30, 2021, defendant filed a reply. (Docket no. 52). That same night, defendant filed a supplement to the motion for entry of a protective order. (Docket no. 53).

Having reviewed the motion, memorandum in support, opposition, reply, and supplement, and considered the arguments of counsel, and for the reasons stated during the hearing on October 1, 2021 and consistent with Judge Nachmanoff's findings at the hearing on September 13, 2021 in *Elzagally, et al. v. Haftar*, No. 1:19-cv-0853-LMB-MSN, it is hereby

ORDERED that defendant's motion for a protective order is denied.

Entered this 1st day of October, 2021.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia