## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| ALI ABDALLA HAMZA *et al.* | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>**)**  Civil Action No. 1:20-cv-01038 LMB-JFA |
| v. | )<br>) |
| KHALIFA HIFTER, | )<br>) |
| Defendant. | )<br>) |

## PLAINTIFFS' MOTION TO JOIN IN
## MOTION TO STRIKE IN RELATED CASE

Plaintiffs Ali Abdalla Hamza, Nehma Abdalla Al-Mahdi Hamza, Abdelhalim Abdalla Mahfi Hamza, and Salimah Abudullah Abraheem Jibreel (collectively "Plaintiffs") submit this Motion to Join in the Motion to Strike filed in the closely related case, *Muna al-Suyid et al. v. Hifter*, Case No. 1:20-cv-170 (LMB/JFA).  As this Court has acknowledged on prior instances, this case and the *al-Suyid* case are closely interrelated and, most recently, were addressed together by this Court at hearings on similar issues on October 1, 2021.

The subject filings that are sought to be stricken in the two cases are identical.  Plaintiffs' counsel has reached out to Defendant's counsel to inform them that Plaintiffs in this case take the same position as the Plaintiffs in the *al-Suyid* case, and that Plaintiffs intend to file this Motion to Join. Therefore, for purposes of judicial efficiency, and rather than re-brief the same arguments, Plaintiffs respectfully request that the Court allow them to join in, and with that incorporate the arguments contained therein, the Motion to Strike filed by plaintiffs in the *al-Suyid* case.[1]

---

[1] *Muna al-Suyid et al. v. Hifter*, Case No. 1:20-cv-170 (LMB/JFA), Dkt. Nos. 131 & 132.

Accordingly, Plaintiffs here respectfully request this Court strike Dkt No. 53 (Defendant's Supplement to Motion for Entry of a Protective Order, including Exhibit 1 attached thereto (Dkt. No. 53-1)) and Dkt. No. 57 (Defendant's Second Supplement to Motion for Entry of a Protective Order, including Exhibit 1 attached thereto (Dkt. No. 57-1)) filed by Defendant in this case.

Dated: October 8, 2021

Respectfully Submitted,

/s/ Thomas M. Craig_____
Thomas M. Craig, Esq., VSB #68063
FH+H
1751 Pinnacle Drive
Suite 1000
Mclean, Virginia 22102
(703) 590-1234
(703) 590-0366 fax
tcraig@fhhfirm.com

/s/ Mark S. Zaid_____
Mark S. Zaid, Esq.
*Admitted Pro Hac Vice*
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com

/s/ Matthew Jury_____
Matthew Jury, Esq.
*Admitted Pro Hac Vice*
NYS Bar # 706563
84 Brook Street
London W1K 5EH
+44 (0) 20 7096-3767
Matthew.Jury@mccue-law.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October, 2021, I electronically filed the foregoing "Motion to Join in Motion to Strike in Related Case" with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to counsel of record for all Parties.

*/s/ Thomas M. Craig*_____
Thomas M. Craig, Esq.