IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALI ABDALLA HAMZA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:20-cv-01038 (LMB/MSN) |
| ) | |
| KHALIFA HIFTER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S MOTION TO COMPEL AND FOR SANCTIONS

Defendant Khalifa Hifter respectfully moves this Court to compel Plaintiff Ali Abdalla Hamza to: (1) complete his deposition; (2) answer questions relating to eyewitnesses to the alleged conduct in Plaintiffs' Complaint; and (3) provide a list of eyewitnesses to Mr. Hifter's counsel. Defense counsel and Plaintiffs' counsel have met and conferred regarding these issues. For the reasons set forth in the supporting memorandum, Mr. Hifter respectfully requests this Court to compel Plaintiff to fully complete his deposition and to sanction Plaintiffs' counsel for their obstruction.

Dated: October 29, 2021

Respectfully submitted,

/s/ Lindsay R. McKasson
Lindsay R. McKasson, VSB No. 96074
Jason C. Greaves, VSB No. 86164
Jesse R. Binnall, VSB No. 79292
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930

2

        Email: lindsay@binnall.com
                jason@binnall.com
                jesse@binnall.com

*Attorney for Defendant Khalifa Hifter*

## CERTIFICATE OF SERVICE

I certify that on October 29, 2021, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

Dated: October 29, 2021                             /s/ Lindsay R. McKasson
                                                    Lindsay R. McKasson

                                                    *Attorney for Defendant Khalifa Hifter*