IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALI ABDALLA HAMZA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:20-cv-1038 (LMB/MSN) |
| | ) |
| KHALIFA HIFTER, | ) |
| | ) |
| Defendant. | ) |

### ORDER

For the reasons stated in open court, Defendant Khalifa Hifter's Motion Objecting to Magistrate Judge Order of October 1, 2021, [Dkt. No. 68] and Defendant's Motion Objecting to Magistrate Judge Orders of October 22, 2021, [Dkt. No. 75] are DENIED, and it is hereby

ORDERED that the parties must comply with the following rules during all remaining depositions: first, if the parties reach an impasse during a line of questioning, they are to suspend pursuing that line of questioning and move on to a new topic to complete the deposition before they contact a magistrate judge; second, the only persons permitted in the room with a deponent other than counsel of record are a translator and, if technical issues arise, someone to provide technical support; and third, the parties can ask a deponent who they spoke with to prepare for a deposition, but they cannot ask about that person's location.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 29 day of October, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge