# Exhibit 1



**Mark S. Zaid, P.C. <mark@markzaid.com>**

## Defendant's Joint Deposition: Monday, November 1, 2021

**Jesse Binnall** <jesse@binnall.com>                    Sun, Oct 31, 2021 at 10:58 AM
To: "Mark S. Zaid, P.C." <mark@markzaid.com>
Cc: Faisal Gill <fgill@glawoffice.com>, "Carroll, Kevin" <KCarroll@wiggin.com>, Jason Greaves <jason@binnall.com>, Jessie Rabinowitz <jrabinowitz@fhhfirm.com>, Joe Snape <joe.snape@mccue-law.com>, Lindsay McKasson <lindsay@binnall.com>, Matthew Jury <matthew.jury@mccue-law.com>, Selma Al Taii <saltaii@fhhfirm.com>, Tom Craig <tcraig@fhhfirm.com>, "York, Sarah E." <SYork@wiggin.com>

All,

My client will be available on Tuesday, November 9, 2021 for his deposition. Per the Court's previous statements, we will be in touch shortly regarding a protective order soon.

Best,

Jesse
[Quoted text hidden]