UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| ALI ABDALLA HAMZA *et al*., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 20-cv-01038 LMB-JFA |
| KHALIFA HIFTER, | ) ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF FACTUAL UPDATE

Plaintiffs Ali Abdalla Hamza, *et al*., along with Muna al-Suyid, *et al*. (*al-Suyid v. Hifter*, 1:20-cv-00170-LMB-JFA), Aida Elzagally, *et al*. (*Elzagally v. Hifter*, 1:19-cv-00853-LMB-JFA), respectfully note the following update for the Court.

On November 4, 2021, this Court stayed three civil actions which had been consolidated for discovery purposes against Defendant Khalifa Hifter "until Libya's upcoming election has concluded." (Dkt. 175 at 3). At that time, the election was scheduled to be held on December 24, 2021.

But, on December 22, 2021, the vote was postponed. "*Libya elections: Presidential poll postponed*," BBC NEWS, December 23, 2021.[1] The High National Electoral Commission initially suggested holding the vote on January 24, 2022, "*Libya electoral board suggests January 24 for polls*," AL JAZEERA, December 23, 2021,[2] but Libya's parliament refused to fix a date for presidential elections after the parliamentary committee charged with overseeing

---

[1] https://www.bbc.com/news/world-africa-59755677
[2] https://www.aljazeera.com/news/2021/12/22/libya-tensions-rise-as-election-all-but-set-to-be-delayed

the election presented a report saying "it would be risky to set a new date at this stage." "*Libyan parliament refuses to fix date for delayed elections*," AL JAZEERA, December 24, 2021.[3] *See also* "*Elections Can't Fix What's Wrong With Libya*," FOREIGN POLICY, January 4, 2022 ("Libya's High National Election Commission recommended that elections be held … in January, a timeline promptly ruled out by the parliament, which argues an election is pointless until a consensus has been reached on major disagreements. But that could mean an indefinite delay").[4]

UN officials hope the elections can happen by June 2022. "*UN Official: Important to have Libyan elections by June*," CNN, January 11, 2022.[5] But so far, the consensus appears to be that "it is unclear whether the election will go ahead at all." "*Libya's peace remains fragile as election disputes defy resolution*," ARAB NEWS, January 10, 2022.[6] Part of the reason for the election discord surrounds the candidacy of the Defendant. "*How Libya's Fragile Unity Is Being Tested by Election*," Washington Post/Bloomberg, January 12, 2022.[7]

---

[3] https://www.aljazeera.com/news/2021/12/27/libya-parliament-committee-elections-date
[4] https://foreignpolicy.com/2022/01/04/libya-elections-not-solution-haftar-qaddafi-dbeibah
[5] https://www.cnn.com/videos/tv/2022/01/11/amanpour-libya-stephanie-turco-williams.cnn
[6] https://www.arabnews.com/node/2001236/middle-east
[7] https://www.washingtonpost.com/business/energy/how-libyas-fragile-unity-is-being-tested-by-election/2022/01/12/7b19df00-738e-11ec-a26d-1c21c16b1c93_story.html

Dated: January 13, 2022

Respectfully Submitted,

By: */s/ Thomas M. Craig*
Thomas M. Craig (VSB#68063)
Jessica D. Rabinowitz (*pro hac vice*)
FH+H
1751 Pinnacle Drive, Suite 1000
Mclean, Virginia 22102
tcraig@fhhfirm.com
Phone: 703-590-1234
Facsimile: 703-590-0366

Mark S. Zaid (*pro hac vice*)
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036
Mark@MarkZaid.com
Phone: 202-454-2809
Facsimile: 202-330-5610

Matthew Jury (*pro hac vice*)
84 Brook Street
London W1K 5EH
Matthew.Jury@mccue-law.com
Phone: +44 (0) 20 7096-3767

Kevin T. Carroll (VSB #95292)
Joseph G. Grasso (*pro hac vice*)
Wiggin and Dana LLP
800 17th Street, NW, Suite 520
Washington, DC 20006
kcarroll@wiggin.com
jgrasso@wiggin.com
syork@wiggin.com
Phone: 202-800-2475
Facsimile: 212-551-2888

Faisal M. Gill
Gill Law Firm
1155 F Street, NW, Suite 1050
Washington, DC 20004
fgill@glawoffice.com
Phone: 202-570-8223
Facsimile: 202-318-6675

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, I filed the above with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record, including Defendant's counsel:

Jesse R. Binnall (VSB #79292)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
jesse@binnall.com
Phone: 703-888-1943
Fax: 703-888-1930

Lindsay R. McKasson (VSB #96074)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
lindsay@binnall.com
Phone: 703-888-1943
Fax: 703-888-1930

*Counsel for Defendant*

*/s/ Thomas M. Craig*
Thomas M. Craig (VSB#68063)
*Counsel for Plaintiffs Hamza et al.*