IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALI ABDALLA HAMZA, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) 1:20-cv-1038 (LMB/JFA) |
| KHALIFA HIFTER, | ) ) ) |
| Defendant. | ) |

ORDER

For the reasons stated in open court, Plaintiffs' Second Motion for Reconsideration of Order Dated November 4, 2021 (Dkt. #91) in Consolidated Cases and Lifting of Stay [Dkt. No. 102] is GRANTED and this civil action is REINSTATED on the active docket of this court. Accordingly, it is hereby

ORDERED that the parties promptly file an amended discovery order which provides that discovery must be completed by June 10, 2022, and the final pretrial hearing scheduled for 10:00 AM on June 16, 2022; and it is further

ORDERED that within fourteen (14) days of the date of this Order, defendant pay plaintiffs $4,059.60, which is the undisputed amount of out-of-pocket expenses that plaintiffs incurred to organize the two depositions that defendant failed to attend. If defendant fails to pay those costs on time, the Court will find defendant in default.

The Clerk is directed to forward copies of this Order to counsel of record and reinstate this civil action on this Court's active docket.

Entered this 11th day of March, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge