IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALI ABDALLA HAMZA, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:20-cv-01038 (LMB/JFA) ) |
| KHALIFA HIFTER, | ) ) |
| Defendant. | ) ) |

# [PROPOSED] ORDER

This matter comes on Defendant Khalifa Hifter's Motion to Quash Subpoenas directed to the U.S. Government, or alternatively for a protective order, or for a stay. For the reasons stated in the motion and the accompanying memorandum in support, and because the Court finds good cause exists to quash the subpoenas, it is hereby ORDERED that the motion is GRANTED. The *Touhy* subpoenas issued by Plaintiffs on April 8 and April 9, 2022 to the U.S. Department of Homeland Security, to the U.S. Department of State, and to the U.S. Central Intelligence Agency are hereby quashed as being irrelevant and an undue burden, and these government agencies shall not make any response to the subpoenas.

SO ORDERED.

Entered: _____, 2022.

_____
John F. Anderson
United States Magistrate Judge