IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALI ABDALLA HAMZA, *et al.*,  )
                              )
        Plaintiffs,  )
                              )
v.  )    Civil Action No. 1:20cv1038 (LMB/JFA)
                              )
KHALIFA HIFTER,  )
        Defendant.  )

## ORDER

This matter is before the court on defendant's motion to quash subpoenas. (Docket no. 112). Having reviewed the motion, memorandum in support, opposition, reply, and considered the arguments of counsel, and for the reasons stated during the hearing, it is hereby

ORDERED that defendant's motion to quash is granted in part and denied in part. The requests for documents sent to the Department of Homeland Security, the U.S. Citizenship & Immigration Services, and the U.S. Department of State pursuant to 28 U.S.C. § 1746 are quashed. The request for documents sent to the Central Intelligence Agency is quashed in part.

Entered this 29th day of April, 2022.

/s/
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia