IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ALI ABDALLA HAMZA, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:20cv1038 (LMB/JFA) |
| KHALIFA HIFTER, | ) |
| Defendant. | ) |

## ORDER

On April 29, 2022, defendant filed a motion for entry of a protective order (Docket no. 120), a memorandum in support, and a notice of hearing for Friday, May 6, 2022 at 10:00 a.m. On May 4, 2022, plaintiffs filed an opposition to defendant's motion. (Docket no. 124). On May 5, 2022, defendant filed a reply. (Docket no. 125).

Having reviewed the motion, memorandum in support, opposition, and reply, and considered the arguments of counsel, and for the reasons stated during the hearing, it is hereby

ORDERED that defendant's motion for entry of a protective order is granted in part and denied in part.

Entered this 6th day of May, 2022.

/s/ JFA
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia