IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALI ABDALLA HAMZA, *et al.*, )
)
    Plaintiffs, )
)
v. ) Civil Action No. 1:20cv1038 (LMB/JFA)
)
KHALIFA HIFTER, )
)
    Defendant. )
_____)

## ORDER

This matter is before the court on a motion by Jesse R. Binnall, Lindsay R. McKasson, Jason C. Greaves, and The Binnall Law Group (collectively "The Binnall Law Group") to withdraw as counsel for defendant Khalifa Hifter. (Docket no. 132). Having reviewed the pleadings and considered the arguments of counsel at the hearing on June 10, 2022, it is hereby

ORDERED that The Binnall Law Group's motion to withdraw is held in abeyance. It is further

ORDERED that Defendant Hifter shall provide The Binnall Law Group with a physical address where he can be served once counsel withdraws and he is proceeding *pro se*. It is further

ORDERED that The Binnall Law Group shall file a certification that discloses defendant's physical address and that indicates that defendant was: (1) served with a copy of the Report and Recommendation on plaintiffs' motion for default judgment, (2) informed that he has fourteen days to file any objections, and (3) informed that no deadlines will be modified by counsel's withdrawal. Upon the filing of the above certification, the court will grant counsel's motion to withdraw. It is further

ORDERED that no other deadlines will be modified by counsel's withdrawal in this case.

Entered this 10th day of June, 2022.

/s/ John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia