# CIVIL MOTION MINUTES

Date: 07/29/22

Time: 9:55am – 10:18am

Judge: Brinkema
Reporter: S. Austin

Civil Action Number: 1:20cv1038

Ali Abdalla Hamza et al   vs.   Khalifa Hifter

Appearances of Counsel for   (X) Pltf   (X) Deft

Motion to/for:
#146 Motion to Stay and to Take Judicial Notice
#141 Report and Recommendations
#142 Motion Re: Objections to Magistrate Judge's Ruling or Recommendation

Argued &
( ) Granted   ( ) Denied   ( ) Granted in part/Denied in part
( ) Held in Abeyance   ( ) Taken Under Advisement   ( ) Continued to   ( ) Overruled

Court advised of case status

#142 & #146 – Denied

#141 adopted

( ) Memorandum Opinion to Follow

(X)   Order to follow