IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALI ABDALLA HAMZA, et al.,           )
                                     )
            Plaintiffs,              )
                                     )
      v.                             )        1:20-cv-1038 (LMB/JFA)
                                     )
KHALIFA HIFTER,                      )
                                     )
            Defendant.               )

## ORDER

For the reasons stated in open court, the Plaintiffs' Joint Motion Proposing Schedule and Structure of Trial to Establish Damages [Dkt. No. 156], Plaintiffs' Joint Motion for Leave to File Reply to Defendant's Response in Opposition [Dkt. No. 163], and Defendant's Motion for Reconsideration [Dkt. No. 195] are DENIED; Defendant's Motion to Set Aside Default [Dkt. No. 157] IS GRANTED; and it is hereby

ORDERED that the default entered on July 29, 2022 be and is VACATED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 8th day of September, 2023.

Alexandria, Virginia

                                        /s/
                                        _____
                                        Leonie M. Brinkema
                                        United States District Judge