# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| AIDA ELZAGALLY, et al., | : |
| Plaintiffs, | : Civil Action No.: 1:19-cv-853 |
| v. | : |
| KHALIFA HIFTER, | : |
| Defendant. | : |
| MUNA AL-SUYID, et al., | : Civil Action No.: 1:20-cv-170 |
| Plaintiffs, | : |
| v. | : |
| KHALIFA HIFTER | : |
| Defendant. | : |
| ALI ABDULLAH HAMZA, et al. | : Civil Action No.: 1:20-cv-1038 |
| Plaintiffs, | : |
| | : (CASES CONSOLIDATED FOR |
| v. | :   PURPOSES OF DISCOVERY) |
| KHALIFA HIFTER, | : |
| Defendant. | : |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on November 17, 2023, or as soon thereafter as counsel may be heard in front of United States Magistrate Judge John F. Anderson, Defendant Khalifa Hifter will present argument on his Motion to Modify the Scheduling Order.

Dated: October 20, 2023

Respectfully submitted,

KHALIFA HIFTER

By Counsel

/s/ Robert H. Cox
Robert H. Cox (VSB No. 33118)
Madison A. Beatty (VSB No. 98099)
BRIGLIA HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
(703) 883-0880 [telephone]
(703) 883-0899 [facsimile]
rcox@brigliahundley.com
mbeatty@brigliahundley.com

**CERTIFICATE OF SERVICE**

I certify that on October 20, 2023, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Robert H. Cox
Robert H. Cox (VSB No. 33118)