# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **ALI ABDULLAH HAMZA, et al.** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civil Action No.: 1:20-cv-1038 |
| : | |
| **KHALIFA HIFTER,** : | |
| : | |
| **Defendant.** : | |
| : | |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant, by and through his counsel, pursuant to Federal Rule of Civil Procedure 56, and respectfully requests this Court grant his Motion for Summary Judgment.

Accordingly, for the reasons contained in Defendant's Memorandum of Law in Support of his Motion for Summary Judgment, filed herewith, Defendant respectfully requests this Court grant Defendant's Motion.

Dated: February 23, 2024

Respectfully submitted,

KHALIFA HIFTER

By Counsel

/s/ Madison A. Beatty
Robert H. Cox (VSB No. 33118)
Madison A. Beatty (VSB No. 98099)
BRIGLIA HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
(703) 883-0880 [telephone]
(703) 883-0899 [facsimile]
rcox@brigliahundley.com
mbeatty@brigliahundley.com

**CERTIFICATE OF SERVICE**

      I certify that on February 23, 2024, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

                                                s/ Madison A. Beatty
                                                Madison A. Beatty (VSB No. 98099)