# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| HAMZA, *et al*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-1038 |
| | ) |
| KHALIFA HIFTER, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on 4/12/2024 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant, Khalifa Hifter, and against the Plaintiffs, Ali Abdalla Hamza, Salimah Abdullah Abrahe Jibreel, Nehma Abdalla AlMahdi Hamza, and Abdelhalim Abdalla Mahdi Hamza.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
  Dani Zirk
  Deputy Clerk

Dated: 4/12/2024
Alexandria, Virginia