United States District Court for the _____

District of _____

Docket Number _____

)
v.                                    )          Notice of Appeal
)
)

_____(name all parties taking the appeal)*
appeal to the United States Court of Appeals for the _____ Circuit from the final judgment
entered on _____ (state the date the judgment was entered).

(s)_____

Attorney for _____

Address:_____

_____

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing
benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that
declaration along with this Notice of Appeal]

_____

* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021  SCC